IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ANGELA DAVIS,**

      **Plaintiff,**

    **v.**                                          **CIVIL ACTION NO. 2:06cv94**
                                                                 **(Maxwell)**

**MICHAEL ASTRUE,**
**COMMISSIONER, SOCIAL**
**SECURITY ADMINISTRATION,**

      **Defendant.**

## ORDER

The above-styled matter is before the Court for consideration of the Report and Recommendation of United States Magistrate Judge John S. Kaull. Magistrate Judge Kaull filed his Report and Recommendation on January 28, 2008, wherein the parties were directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10) days after being served with a copy of the Report and Recommendation. No objections have been filed. Accordingly, the Court will review the Magistrate's Report and Recommendation for clear error.[1]

Upon examination of the report from the Magistrate Judge, it appears to the Court that the issues raised in the cross motions for summary judgment were thoroughly considered by Magistrate Judge Kaull in his Report and Recommendation. The Court,

---

[1] The failure of a party to object to a Report and Recommendation waives the party's right to appeal from a judgment of this Court based thereon and, additionally, relieves the Court of any obligation to conduct a *de novo* review of the issues presented. *See* Wells v. Shriners Hospital, 109 F.3d 198, 199-200 (4th Cir. 1997); Thomas v. Arn, 474 U.S. 140, 148-153 (1985).

reviewing all matters now before it for clear error, is of the opinion that the Report and Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in this action. Therefore, it is

**ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and hereby is, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge. Accordingly, it is

**ORDERED** that the Defendant's Motion for Summary Judgment be, and the same hereby is, **DENIED**. It is further

**ORDERED** that the Plaintiff's Motion for Summary Judgment be, and the same hereby is, **GRANTED in part**. It is further

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §§405(g) and 1383(c)(3), for *the limited and sole purpose of conducting the step one pain analysis as required in Craig, to wit: making a determination whether Davis had demonstrated by objective medical evidence an impairment capable of causing the degree and type of pain she alleges,* as more fully set forth in Magistrate Judge Kaull's Report and Recommendation. It is further

**ORDERED** that the Clerk of Court shall enter judgment reversing the decision of the Defendant and remanding the case to the Defendant for further proceedings and shall thereafter **DISMISS** this action from the docket of the Court.

The Clerk of Court is directed to enter a separate judgment order and to send a copy of this Order to all counsel of record.

**ENTER**: March  13th , 2008

                                                 **/s/ Robert E. Maxwell**
                                                   United States District Judge